# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **LILLIE H. COOLEY,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | Case No.: 1:17-cv-00895-ACA |
| ] | |
| **DOLGENCORP, LLC.,** ] | |
| ] | |
| ] | |
| **Defendant.** ] | |

## ORDER

On March 6, 2019, this case came before the court for a hearing on Defendant's Motion for Summary Judgment. (Doc. 30). For the reasons set forth on the record the court **DENIES** the Defendant's motion.

**DONE** and **ORDERED** this March 7, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE