# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| LILLIE H. COOLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action Number: |
| v. ) | |
| ) | **1:17-cv-00895-ACA** |
| DOLGENCORP, LLC, ) | |
| ) | OPPOSED |
| Defendant. ) | |

## PLAINTIFF'S PROPOSED JURY INSTRUCTION – CAT'S PAW

COMES NOW Plaintiff and requests this Honorable Court to include the following jury instruction concerning the cat's paw theory in the jury instructions presented to the jury in this action:

TABLE OF CONTENTS

Proposed Cat's Paw Instruction for the Disability Discrimination Claim . . .. . . . . . .2

Proposed Cat's Paw Instruction for the Age Claim . . . . . . . . . . . . . . . . . . . . . . . . .2

***Proposed Instruction for Disability Discrimination Claim (to be inserted in the "Definition of 'Because of Plaintiff's Disability'" Section – Doc. 86, p. 25 following the paragraph that "To determine that Dollar General terminated Mrs. Cooley's employment because of disability. . ." and preceding the paragraph that begins "Dollar General denies that it terminated . . .")***

Mrs. Cooley can establish her termination was because of her disability even where the person or persons who ultimately decided to terminate her was neutral or unbiased. Under the cat's paw doctrine, an employee may established that she was terminated because of her disability if she shows that the unbiased decision-maker followed a biased recommendation without independently investigation the complaint against the employee. In such a case, the recommender is using the decisionmaker as a mere conduit, or cat's paw, to give effect to the recommender's discriminatory animus.

***Source for Instruction***:

*Godwin v. WellStar Health Sys*, 615 F. App'x 518, 528-529 (11th Cir. 2015) (applying the cat's paw theory to but-for causation discrimination claims);

***Proposed Instruction for Age Discrimination Claim** (to be inserted at Doc. 86, p. 13 following the paragraph that "To determine that Dollar General terminated Mrs. Cooley's employment because of Mrs. Cooley's age . . ." and preceding the paragraph that begins "Dollar General denies that it terminated . . .")*

Mrs. Cooley can establish her termination was because of her disability even where the person or persons who ultimately decided to terminate her was neutral or unbiased. Under the cat's paw doctrine, an employee may establish that she was terminated because of her age if she shows that the unbiased decision-maker followed a biased recommendation without independently investigation the complaint against the employee. In such a case, the recommender is using the decisionmaker as a mere conduit, or cat's paw, to give effect to the recommender's discriminatory animus.

***Source for Instruction***:

*Godwin v. WellStar Health Sys,* 615 F. App'x 518, 528 (applying the cat's paw theory to but-for causation discrimination claims) (11th Cir. 2015).

Submitted on September 27, 2019.

Respectfully submitted,

/s/ Heather Newsom Leonard
Heather Newsom Leonard
Attorney for the Plaintiff

OF COUNSEL:

HEATHER LEONARD, PC
2105 Devereux Circle, Suite 111

Birmingham, AL 35243
(205) 977-5421 – voice
(205) 278-1400 – facsimile
Heather@HeatherLeonardPC.com

                                              <u>/s/ J. Michael Segrest</u>
                                              J. Michael Segrest
                                              Attorney for the Plaintiff

OF COUNSEL:

THE SEGREST LAW FIRM
PO Box 780791
Tallassee, AL 36078-0019
(334) 252-0036
(334) 252-0037 – fax
Mike.Segrest@SegrestLaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document has been served on the following via the court's electronic filing service on August 29, 2019:

Stanley E. Graham
John Park
Waller, Lansden, Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219

                                        <u>/s/ Heather Newsom Leonard</u>
                                        OF COUNSEL